```
1  RICHARD E. WINNIE [68048]
   County Counsel
2  Ann M. Hansen [122951]
   Deputy County Counsel
3  County of Alameda
   1221 Oak Street, Suite 450
4  Oakland, California 94612-4296
   Telephone:  (510) 272-6700
5
   Attorneys for Defendant Elvira Gensey,
6  by and through her conservator, Alameda County Public Guardian
```

**FILED**
OCT 12 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE CO.<br><br>　　　　Plaintiff,<br><br>v.<br><br>ELVIRA GENSEY, by and through her conservator, Alameda County Public Guardian, and WYNNE GENSEY,<br><br>　　　　Defendants | Case No. C04-5362 VRW<br><br>ORDER TO RELEASE FUNDS ON DEPOSIT |

After consideration of the documents submitted to the Court, IT IS HEREBY ORDERED that the funds deposited by Plaintiff Metropolitan Life Insurance Company be released to the Defendants pursuant to the compromise approved by this Court as follows:

1. One half of the deposited funds plus one-half of any applicable interest shall be released to Defendant Elvira Gensey, payable to Linda Kretz, the Alameda County Public Guardian as conservator of Elvira Gensey;

2. One half of the deposited funds plus one-half of any applicable interest shall be released to Defendant Wynne Gensey.

DATED: 12 OCT 2005

_____
United States District Court Judge

Order Directing Release of Funds on Deposit C-045362 VRW
1